**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

<u>No. 07-2530</u>

Tamburo

vs.

Ross W View

Ross/West View Emergency Medical Services Authority, Appellant

(Western District of Pennsylvania Civil No. 04-cv-01237)

**O R D E R**

In accordance with the agreement of the parties in the above entitled case, it is entered dismissed by the Clerk under the authority conferred upon her by Rule 42(b), Federal Rules of Appellate Procedure without cost to either party.

Clerk
United States Court of Appeals
for the Third Circuit

A True Copy:

Marcia M. Waldron, Clerk

Date: August 31, 2007

cc:
    Paul T. Grater, Esq.
    James M. Herb, Esq.