IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STACY A. TAMBURO, | ) |
| | ) |
| Plaintiff | )   C.A. NO.: 2:04-CV-1237 |
| | ) |
| vs. | ) |
| | ) |
| ROSS/WEST VIEW EMERGENCY | ) |
| MEDICAL SERVICES AUTHORITY, | ) |
| | ) |
| Defendant | ) |

**PRAECIPE TO SATISFY JUDGMENT**

Filed on behalf of
**STACY A. TAMBURO**
Appellee

Counsel of record
For this party:

JAMES M. HERB, ESQUIRE
P.A. ID #27854

James M. Herb, P.C.
FIRM #089
464 Perry Highway
Pittsburgh, PA 15229
Phone: 412-931-3344
Fax:   412-931-3225
Email: herblaw@verizon.net

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STACY A. TAMBURO, | ) | |
| | ) | |
| Plaintiff | ) | C.A. NO.: 2:04-CV-1237 |
| | ) | |
| vs. | ) | |
| | ) | |
| ROSS/WEST VIEW EMERGENCY | ) | |
| MEDICAL SERVICES AUTHORITY, | ) | |
| | ) | |
| Defendant | ) | |

## PRAECIPE TO SATISFY JUDGMENT

**TO:** CLERK, U.S. DISTRICT COURT

Kindly mark the judgment entered in favor of Plaintiff and against Defendant in the above-captioned matter on March 2, 2007, as satisfied.

Respectfully submitted:

s/James M. Herb, Esquire
James M. Herb, Esquire
Attorney for Defendant